IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **KAMINO LLC** § | | |
| § | | |
| VS. § | **No. 5:19cv58-JRG-CMC** | |
| § | **Lead Case** | |
| **PANASONIC CORPORATION OF** § | | |
| **NORTH AMERICA** § | | |

| | | |
|---|---|---|
| **KAMINO LLC** § | | |
| § | | |
| VS. § | **No. 5:19cv57-JRG-CMC** | |
| § | **Consolidated case** | |
| **F5CS LTD LLC** § | | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Docket No. 12). Plaintiff Kamino LLC requests the Court dismiss with prejudice the action against F5CS LTD LLC (cause number 5:19-cv-57, which has been consolidated with lead case 5:19-cv-58). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant F5CS LTD LLC has not filed an answer or a motion for summary judgment. Accordingly, it is

**ORDERED** Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Docket No. 12) is accepted by the Court. The Court further **ORDERS** that Plaintiff's case against F5CS LTD LLC (5:19-cv-57) is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to **CLOSE** consolidated case 5:19-cv-57, returning cause

number 5:19-cv-58 to an individual case.

**So ORDERED and SIGNED this 21st day of August, 2019.**

                                                RODNEY GILSTRAP
                                                UNITED STATES DISTRICT JUDGE